IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:21cr178-MHT |
| | ) | (WO) |
| MARQUIS CORDEION WHITE | ) | |

ORDER

This cause is before the court on defendant Marquis Cordeion White's unopposed motion to continue.  For the reasons set forth below, the court finds that jury selection and trial, now set for June 7, 2021, should be continued pursuant to 18 U.S.C. § 3161.

While the granting of a continuance is left to the sound discretion of the trial judge, *see United States v. Stitzer*, 785 F.2d 1506, 1516 (11th Cir. 1986), the court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161.  The Act provides in part:

> "In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or indictment with the commission of an offense shall commence within seventy days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs."

§ 3161(c)(1).  The Act excludes from the 70-day period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial."   § 3161(h)(7)(A).   In granting such a continuance, the court may consider, among other factors, whether the failure to grant the continuance  "would be likely to ... result in a miscarriage of justice," § 3161(h)(7)(B)(i), or "would deny counsel for the defendant ... the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," § 3161(h)(7)(B)(iv).

The court concludes that, in this case, the ends of justice served by granting a continuance outweigh the interest of the public and White in a speedy trial. Defense counsel is just beginning his investigation and needs additional time to interview witnesses and obtain documentary evidence.  He informed the court that a continuance is necessary for him to prepare adequately

2

and effectively for trial. In addition, the government does not oppose the requested trial continuance. The court finds that a continuance of the trial is necessary in order to ensure that the parties are fully prepared and able to present their cases effectively.

                                           \*\*\*

Accordingly, it is ORDERED as follows:

(1) Defendant Marquis Cordeion White's unopposed motion to continue trial (Doc. 18) is granted.

(2) The jury selection and trial, now set for June 7, 2021, are reset for August 16, 2021, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The United States Magistrate Judge shall conduct a pretrial conference prior to the August trial term.

DONE, this the 4th day of May, 2021.

                                  /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**