IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )     CRIMINAL ACTION NO.
     v.                      )        2:21cr178-MHT
                             )             (WO)
MARQUIS CORDEION WHITE       )
```

## OPINION AND ORDER

Defendant Marquis Cordeion White moved to dismiss the indictment against him pursuant to Federal Rules of Criminal Procedure 12(b)(3)(A)(ii) and the Due Process Clause of the Fifth Amendment. This case is before the court on the recommendation of the United States Magistrate Judge that White's motion to dismiss be denied. Also before the court are White's objections to the recommendation. Upon an independent and de novo review of the record, including the transcript of the hearing before the magistrate judge, the court concludes that the objections should be overruled and the recommendation adopted.

Accordingly, it is ORDERED as follows:

(1) The objections (Doc. 45) are overruled.

(2) The recommendation of the United States Magistrate Judge (Doc. 42) is adopted.

(3) The motion to dismiss (Doc. 26) is denied.

DONE, this the 18th day of August, 2021.

_/s/ Myron H. Thompson_
**UNITED STATES DISTRICT JUDGE**