IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:21cr178-MHT |
| | ) | (WO) |
| MARQUIS CORDEION WHITE | ) | |

ORDER

This case comes before the court on defendant Marquis Cordeion White's motion in limine to exclude "any evidence from testifying officers regarding statements that were allegedly made by the confidential informant to the officers about Mr. White." Mot. in Lim. to Exclude Inadmissible Hearsay Statements (Doc. 62) at 7. The government does not oppose the motion other than by submitting that "it will not elicit any such information from any of its witnesses in its case-in-chief." Resp. to Def.'s Mot. in Lim. to Exclude Hearsay Statements (Doc. 65) at 1.

Accordingly, it is ORDERED that defendant Marquis Cordeion White's motion in limine to exclude hearsay

statements (Doc. 62) is granted.

DONE, this the 15th day of October, 2021.

                      /s/ Myron H. Thompson
                    **UNITED STATES DISTRICT JUDGE**