IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )   CRIMINAL ACTION NO.
    v.                      )       2:21cr178-MHT
                            )           (WO)
MARQUIS CORDEION WHITE      )
```

ORDER

On October 15, 2021, the court ordered that it would conduct an *in camera* review of the confidential-informant file of Carlos Lynn. *See* Opinion and Order (Doc. 89). The court conducted the *in camera* review of the confidential-informant file in an on-the-record ex parte proceeding on October 18, 2021. Based on the *in camera* review of the file, the court determined that the government must furnish certain documents contained in the file to defendant Marquis Cordeion White, pursuant to Federal Rule of Criminal Procedure 16(a)(1)(E)(i).

Accordingly, it is ORDERED that:

(1) Defendant Marquis Cordeion White's objections to the recommendation of the magistrate judge (Doc.

57) are sustained to the extent relief is granted in this order; the recommendation of the magistrate judge (Doc. 55) is rejected to that extent; and defendant White's motion to compel production (Doc. 47) is granted to that extent.

(2) The government shall forthwith furnish to counsel for defendant White copies of the documents identified by the court during the ex parte proceeding on October 18, 2021.

DONE, this the 19th day of October, 2021.

                                  /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**