IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
                            )       2:21cr178-MHT
                            )           (WO)
MARQUIS CORDEION WHITE      )
```

## LIMITING INSTRUCTION REGARDING RECORDED STATEMENTS OF CARLOS LYNN

Members of the Jury, the government will now present audio recorded conversations. The recordings contain statements and questions by Carlos Lynn. Lynn will not testify during the trial of this case; therefore, his statements on the recordings are not being admitted as evidence that what he said was true. Instead, they are being offered solely for the purpose of allowing you to put the statements of the other participant in the conversation into context. You may consider statements or questions of Lynn only to help you understand what the other participant in the conversation said in response or did in reaction to those statements or questions. You may not consider Lynn's statements or questions for the truth of what Lynn said.